# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  WOODLOCK, DOUGLAS P | 2. Court or Organization  DISTRICT OF MASSACHUSETTS | 3. Date of Report  05/22/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  ACTIVE U. S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☒ Annual ☐ Final   5b. ☐ Amended Report | 6. Reporting Period  01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address  United States Courthouse Suite 4110, 1 Courthouse Way Boston, MA 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.   Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust No. 1 |
| 2. Member, Board of Advisers | The Petra Foundation (501(c)(3)) |
| 3. Trustee | First Circuit History Society (501(c)(3)) |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED May 30 10 32 AM '06 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P | 05/22/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 6/10/05 | Boston Society of Architects (payment made to charitable organization) | $ 300.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P | 05/22/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P | 05/22/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. .Liquidated 2001 | | | | | | | | | |
| 2. Liquidated 2001 | | | | | | | | | |
| 3. .Fidelity Cash Reserves (Money Market Account) | A | Dividend | J | T | | | | | |
| 4. Merrill Lynch-CMA Tax Exempt Fund (Money Market Account) | A | Dividend | K | T | | | | | |
| 5. Condo, Newry, ME | C | Rent | M | S | | | | | |
| 6. Liquidated 2000 | | | | | | | | | |
| 7. Liquidated 1995 | | | | | | | | | |
| 8. Liquidated 1993 | | | | | | | | | |
| 9. Liquidated 2002 | | | | | | | | | |
| 10. Liquidated 1993 | | | | | | | | | |
| 11. Liquidated 2004 | | | | | | | | | |
| 12. Liquidated 1995 | | | | | | | | | |
| 13. Fidelity Ginnie Mae Portfolio | A | Dividend | J | T | | | | | |
| 14. Fidelity Independence Fund | A | Dividend | L | T | | | | | |
| 15. Fidelity Growth Company Fund | A | Dividend | M | T | Bought | 2/1 | J | | |
| 16. Fidelity Magellan Fund | D | Dividend | M | T | | | | | |
| 17. Liquidated 1995 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P | 05/22/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Liquidated 1995 | | | | | | | | | |
| 19. Fidelity Convertible Securities Fund | B | Dividend | L | T | | | | | |
| 20. Liquidated 1999 | | | | | | | | | |
| 21. T.Rowe Price Small Cap | A | Dividend | L | T | | | | | |
| 22. Liquidated 1998 | | | | | | | | | |
| 23. Putnam Global Natural Resources, Cl.A | A | Dividend | L | T | | | | | |
| 24. Putnam Global Growth Equity, Cl.A | | None | | | Sold | 5/5 | K | | |
| 25. Liquidated 1998 | | | | | | | | | |
| 26. First Nat'l Bank of Ipswich, MA (Check Acct) | A | Interest | J | T | | | | | |
| 27. Liquidated 1998 | | | | | | | | | |
| 28. Liquidated 1998 | | | | | | | | | |
| 29. Liquidated 1998 | | | | | | | | | |
| 30. Liquidated 1995 | | | | | | | | | |
| 31. Liquidated 1999 | | | | | | | | | |
| 32. Liquidated 1999 | | | | | | | | | |
| 33. Liquidated 1996 | | | | | | | | | |
| 34. Liquidated 1996 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P | 05/22/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Scudder Growth Fund, Cl.A | | None | | | Sold | 1/28 | K | | |
| 36. Liquidated 2002 | | | | | | | | | |
| 37. Oppenheimer Quest Capital Value Fund, Cl.A | D | Dividend | L | T | | | | | |
| 38. No longer reportable 2002 | | | | | | | | | |
| 39. No longer reportable 2002 | | | | | | | | | |
| 40. No longer reportable 2002 | | | | | | | | | |
| 41. No longer reportable 2002 | | | | | | | | | |
| 42. Fidelity Stock Selector | A | Dividend | K | T | Sold | 1/31 | J | | |
| 43. Trust No. 1 | F | Distribution | P1 | T | | | | | |
| 44. No longer reportable 2002 | | | | | | | | | |
| 45. Liquidated 1996 | | | | | | | | | |
| 46. Liquidated 2001 | | | | | | | | | |
| 47. Liquidated 2000 | | | | | | | | | |
| 48. Liquidated 2004 | | | | | | | | | |
| 49. Davis New York Venture Fund, Cl.A | C | Dividend | N | T | | | | | |
| 50. Central Securities Corp. | A | Dividend | K | T | | | | | |
| 51. T.Rowe Price Blue Chip Growth Fund | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P | 05/22/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Franklin Small Mid-Cap Growth Fund, Cl.A | A | Dividend | M | T | | | | | |
| 53. Janus Investment Worldwide Fund | | None | | | Sold | 1/6 | K | | |
| 54. Janus Investment Worldwide Fund | | | | | Sold | 1/12 | K | | |
| 55. Nantucket MBIA 7/15/17 (Bonds) | B | Interest | K | T | | | | | |
| 56. Liquidated 1998 | | | | | | | | | |
| 57. Liquidated 1999 | | | | | | | | | |
| 58. Liquidated 1999 | | | | | | | | | |
| 59. Liquidated 1999 | | | | | | | | | |
| 60. Liquidated 1999 | | | | | | | | | |
| 61. Liquidated 1999 | | | | | | | | | |
| 62. Liquidated 1998 | | | | | | | | | |
| 63. Liquidated 1998 | | | | | | | | | |
| 64. Liquidated 2000 | | | | | | | | | |
| 65. Liquidated 2000 | | | | | | | | | |
| 66. General Electric-Common | C | Dividend | M | T | | | | | |
| 67. Liquidated 2000 | | | | | | | | | |
| 68. High Yield Income Fund | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P | 05/22/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Scudder High Income Fund | B | Dividend | K | T | | | | | |
| 70. Liquidated 2000 | | | | | | | | | |
| 71. TCW Convertible Securities Fund | B | Dividend | J | T | | | | | |
| 72. DNP Select Income Fund | A | Dividend | J | T | | | | | |
| 73. Vanguard Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 74. Vanguard Long-Term Treasury Fund | C | Dividend | K | T | | | | | |
| 75. Vanguard Long-Term Treasury Fund | | | | | Sold | 1/6 | J | B | |
| 76. Vanguard Long-Term Treasury Fund | | | | | Sold | 1/10 | J | A | |
| 77. Vanguard Long-Term Treasury Fund | | | | | Sold | 1/12 | J | A | |
| 78. Vanguard Long-Term Treasury Fund | | | | | Sold | 12/14 | J | A | |
| 79. Vanguard Long-Term Treasury Fund | | | | | Sold | 12/19 | J | A | |
| 80. Vanguard Long-Term Investment-Grade Fund | C | Dividend | L | T | | | | | |
| 81. Vanguard Life Strategy Income Fund | D | Dividend | M | T | | | | | |
| 82. Liquidated 2000 | | | | | | | | | |
| 83. Mass. St. Turnpike Authority 1/1/13 (Bonds) | B | Interest | K | T | | | | | |
| 84. Managers Fremont Micro-Cap Fund [name change 1/19] | | None | | | Sold | 5/19 | J | | |
| 85. Managers Fremont Micro-Cap Fund [name change 1/19] | | | | | Sold | 6/9 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P | 05/22/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Putnam Int'l Capital Opportunities Fund | | None | | | Sold | 2/17 | L | A | |
| 87. Putnam Int'l Capital Opportunities Fund | | | | | Sold | 6/1 | K | | |
| 88. Vanguard Mid-Cap Index Fund | A | Dividend | L | T | | | | | |
| 89. Vanguard Value Index Fund | B | Dividend | L | T | | | | | |
| 90. Vanguard 500 Index Fund | A | Dividend | L | T | | | | | |
| 91. Vanguard Intermediate-Term Bond Index Fund | C | Dividend | L | T | | | | | |
| 92. Vanguard Short Term Bond Index Fund | C | Dividend | L | T | | | | | |
| 93. Vanguard Treasury Money Market Fund | A | Dividend | J | T | | | | | |
| 94. Liquidated 2001 | | | | | | | | | |
| 95. Liquidated 2001 | | | | | | | | | |
| 96. Liquidated 2000 | | | | | | | | | |
| 97. Van Kampen Mass VIMT | C | Dividend | L | T | | | | | |
| 98. AIM Premier Equity Cl.B | | None | | | Sold | 5/26 | K | | |
| 99. Van Kampen Emerging Growth Fund, Cl.B | | None | | | Sold | 5/26 | K | | |
| 100. Merrill Lynch Fundamental Growth Fund, Cl.B | | None | K | T | | | | | |
| 101. Liquidated 2001 | | | | | | | | | |
| 102. RS Emerging Growth Fund | | None | | | Sold | 6/13 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P | 05/22/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. FidelityAdvisor High Inc. Advantage Cl.T | C | Dividend | L | T | | | | | |
| 104. Sequoia Fund | E | Dividend | N | T | | | | | |
| 105. Franklin Strategic Small Cap Growth FD II, Cl.B | | None | K | T | | | | | |
| 106. T. Rowe Price Mid-Cap Value Fund | C | Dividend | L | T | | | | | |
| 107. NASDAQ-100 Trust Series I | A | Dividend | K | T | | | | | |
| 108. Liquidated 2004 | | | | | | | | | |
| 109. Wachovia Bank accounts | B | Interest | J | T | | | | | |
| 110. Merrill Lynch Developing Cap. Markets, Cl.A | | None | | | Sold | 5/26 | K | | |
| 111. Trusts B | | None | J | W | | | | | |
| 112. T.Rowe Price Value Fund | A | Dividend | K | T | Bought | 5/5 | K | | |
| 113. T.Rowe Price Value Fund | | | | | Bought | 5/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P | 05/22/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I and Part VII:
Trust No. 1 (Part I, Item 1; Part VII, Item 43) is a revocable trust which does not appear to meet the definition of an Aggregate Ownership Arrangement. The corpus of this trust consists of assets fully disclosed within Part VII, where the income and value of the holdings are separately reported as part of the individual identification of those assets. Thus, the report of income and value provided for this Trust in Part VII constitutes duplicate reporting of the income and value of the underlying assets.

Part VII, Item 111:
During the administration of the will of ▓▓▓▓▓▓ it was discovered that ▓▓▓▓ had received a bequest of modest fractional interest in two trusts holding ownership of undeveloped properties in the Bahamas. The executor/trustee reports that efforts are being made to sell the properties and liquidate the trusts.

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P | 05/22/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▆▆▆▆▆▆▆▆▆▆▆  Date *May 22, 2006*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5. U.S.C. app. § 104)

---

**FILING INSTRUCTIONS**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544